UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Tasbir Singh

    Defendant(s).

Criminal No. 21-MJ-30340

_____/

## MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against Tasbir Singh. In this case, the government needs additional time

1) to develop and obtain evidence sufficient to establish defendant's guilt beyond a reasonable doubt;

2) to investigate the full extent of the offense(s) in question and identify all other individuals who should be held criminally responsible for the offense(s); or

3) to decide whether criminal prosecution of defendant for the offense(s) in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1). The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§

3161(b), 3161(h). Accordingly, the government requests leave to dismiss the complaint without prejudice.

> Respectfully submitted,
>
> SAIMA S. MOHSIN
> Acting United States Attorney
>
> *s/David Portelli*
> David Portelli
> Assistant United States Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> dave.portelli@usdoj.gov
> (313) 226-9711

Dated: July 22, 2021

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Ellen Katzman Michaels
   emichaelsatty@gmail.com

                                        *s/David Portelli*
                                        David Portelli
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        dave.portelli@usdoj.gov
                                        (313) 226-9711